DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROWLAND WASHINGTON JADUSINGH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2466

[March 26, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 2020CF001151AXXX.

Rowland Washington Jadusingh, Milton, pro se.

James Uthmeier, Attorney General, Tallahassee, Anesha Worthy, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Lee v. Animal Aid, Inc.*, 388 So. 3d 25, 31 (Fla. 4th DCA 2024) (stating that "non-attorneys proceeding pro se are not entitled to an award of attorney's fees").

GROSS, CIKLIN, and KUNTZ JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***